HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JACOB HOWARD NICOLAAS,

    Plaintiff,

  v.

ALEXANDER PACE, et al.,

    Defendants.

CASE NO. C12-1357RAJ

ORDER REMANDING CASE TO WHATCOM COUNTY SUPERIOR COURT

      Plaintiff Jacob Nicolaas and Defendants Alexander Pace and Jane Doe Pace have jointly moved to remand this action to Whatcom County Superior Court.  The court previously granted summary judgment in favor of all other Defendants.

      The court is reluctant to remand the case more than a year after it arrived in this court.  For the benefit of the state court, the court notes that the parties jointly requested remand because they were not prepared to try this case as scheduled.  Rather than punish the parties for their counsel's lack of preparation, the court GRANTS the stipulated motion to remand.  Dkt. # 43.  The court concludes that there is no just reason to delay entry of final judgment in favor of all Defendants except Alexander and Jane Doe Pace, and directs the clerk to enter judgment for those Defendants in accordance with Federal Rule of Civil Procedure 54(b).

    //

    //

ORDER – 1

The clerk shall remand Mr. Nicolaas's claims against the Pace Defendants to Whatcom County Superior Court, where it was originally assigned cause number 12-2-01522-4.

Dated this 18th day of November, 2013.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2